Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

Luanita Lane,

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

_ormer Governor, Charlie Baker

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

|                     |                                          |
|---------------------|------------------------------------------|
| Name                | Luanita Lane                             |
| Street Address      | 369 Centre Street                        |
| City and County     | Dorchester   MA   02122                  |
| State and Zip Code  | MA   02122                               |
| Telephone Number    | (617) 792-5810                           |
| E-mail Address      | Lane luanita 493@gmail.com               |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

Name       Charles (Charlie) D. Baker
Job or Title *(if known)*   Former Governor
Street Address   Massachusette State house, Beacon Street # 280
City and County   Boston
State and Zip Code   MA, 02133
Telephone Number   (617) 725-4005
E-mail Address *(if known)*   Don't Know email address.

Defendant No. 2

Name       Barbara McCarthy
Job or Title *(if known)*   Brighman's and Womens Hospital Doctor MD, PHD
Street Address   75 francis Street
City and County   Boston
State and Zip Code   MA, 02115
Telephone Number   (617) 735-5500
E-mail Address *(if known)*   Don't Know email Address.

Defendant No. 3

Name       Randi H. Goldman
Job or Title *(if known)*   Brigham and Womens Doctor / Police officer / Sheriff
Street Address   75 Francis Street
City and County   Boston
State and Zip Code   MA 02115
Telephone Number   (617) 735-5500
E-mail Address *(if known)*   Don't have email address.

Defendant No. 4

Name       John McCarthy
Job or Title *(if known)*   Landlord / Plumber - Police officer
Street Address   108 Pierce Ave
City and County   Dorchester MA 02122
State and Zip Code   MA, 02122
Telephone Number   (617) 775-4601
E-mail Address *(if known)*   Don't Know email Address.

Defendant No. 5
Jennifer McCarthy.
Computer Teacher.
745 E 7TH Street Boston MA 02127 - (617) 635-8840 Don't Know email address.

Charles (charlie Baker) May 3, 2024

former Governor.

Defendant No. 6.

Jackie Sutton-Wilson

Car dealer

185- Health Street

Jamaica Plain, 02130

Don't Know,

Don't Know- email,

Defendant No 7.

Charlie Baker mother (Themlma)

Docter at children Hospital eye operation Docter,

300 Longwood Avenue.

Boston.

MA. 02115

617- 355-6000.

Defendant No. 8.

Stephanie McCarty.

Neighbor, lives on Street,

389 Centre Street,

MA, 02122.

No phone

No email Address.

Defendant No. 9,

Diana Sutton-

BWH, Docter Jackie Sutton mothers,

185 Heath Street - 75 francis Street,

Jamaica Plain 02130 - Boston MA 02115,

(617) 735-5500

Charles. - Charlie BAKER   May 13, 2024
former Governor

Defendant No 10.

NAME: Roger Joseph Bertling

Job Title- Bankrupcty Attorney-chapter 7

Address. - 122- Bay lston street
JAMAICA Plain, MA 02130.

No phone.
No email

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

II.     **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.     **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. ~~XXXX~~ IN Corruption, to illegal medical devices, from- eye operation with matter, Thealma, from children, Hospital, crimes against my, inner body operation with daughter Barbara McCarty, illegal medical devices, said to have raped And, switch my 1st daughter Tarrell Lane- Sanders from Lynn, Public Schools, with another ovarie daughter,

B.     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual
The plaintiff, *(name)* Kuanita Lane, is a citizen of the State of *(name)* MASSAchusetts.

b.     If the plaintiff is a corporation
The plaintiff, *(name)* Luanita Lane, is incorporated under the laws of the State of *(name)* MASSAchusetts, and has its principal place of business in the State of *(name)* MASSAchusetts

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual
The defendant, *(name)* Charles (charlie D. Baker, is a citizen of the State of *(name)* MASSAchusetts. Or is a citizen of *(foreign nation)* probably from foreign Country.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b.      If the defendant is a corporation

The defendant, *(name)* Charles (Charlie D Baker, is incorporated under

the laws of the State of *(name)* MASSAchusetts, and has its

principal place of business in the State of *(name)* MASSAchusetts.

Or is incorporated under the laws of *(foreign nation)* probably from foreign country

and has its principal place of business in *(name)* probably from foreign Country

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*: Connected to family member that stole my Blood, ovaries that makes my babies, and said to had raped and switch my daughter in Lynn public schools, with another ovaric Daughter, through operation by eyes calling it legal population Provider from children Hospital and operation from Brighman and women's Hospital, family did contract on 1st Born Son, BWH switch Baby also.

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Charlie Baker, Mother, Daughter and family are sex to Be sex offender, Dater, from children Hospital and BWH that did operations on me, and placed illegal medical devices inside my inner Body and on my eyes, calling it the legal population, These are said to Be clown people that illegal, switch, 2 of my children, my first Born Son, Joe-Joe Brown Bell lane with Jackie Sutton, family member by eye operation of stolen ovaries and switch my 1st Born daughter Turrell-lane-Sutton, Both switch and falscitly by sterm-crvaric Babies and children Hospital.

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I want, Both of my children Back, Joe-Joe Brown Bell-Lane, Produced from a sperm Trait, Switch a birth, said to Be from a contract with Jackie Sutton-Diana Sutton mother, Kaplana George, Judge, from Dorchester District court house that adopted him out they replaced my son with my ovaric Son, by first Baby's father charlie, said that he raped and switch my 1st Born Daughter over the illegal medical communicating devices, from, Lynn Public Schools. I want my daughter checked and demanding my son Backin my Cuctody

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Family of Doctor's, Police officers, DCF workers
teacher and Landlords have been corrupting my family
and children, throughout the State of Massachusetts since
I had this eye operation at children Hospital, by his mother
and Mayor was father stealing my ovarie that make babies
producing my ovarie Kid's to switch my real Babies in those
Hospital, and falsering them at these Hospitals
while looking through my eye's.

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information,
and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause
unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a
nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable
opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the
requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be
served.  I understand that my failure to keep a current address on file with the Clerk's Office may result
in the dismissal of my case.

Date of signing:    May 13, 2024

Signature of Plaintiff
Printed Name of Plaintiff    Muan Lagator

B.    **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

I need an Attorney! From the Crimes that happened inside John McCarthy's Apartment!.... I had a Operation at Brigham and Women's Hospital By Randi H. Goldman, an Indian Doctor and Barbara McCarthy said to be Charlie Baker's real Daughter, they put an ILLEGAL MEDICAL DEVICE inside my body, when I rented the apartment. The Illegal Medical Devices are said to be Stealing Blood, Stealing Ovaries and Stealing Glands from inside my inner Body, and these devices are also said to make you have a HYSTERECTOMY! These People are said to be the Clowns!.....They retaliated against me from reporting the crimes. Doctor Carmen Adeluta Vesbianu never diagnose me, she never seen me, she never tested me, she lied.....I also reported When the Doctor ran my son out of the the delivery room at birth, Judge Kaplana George from Dorchester District Court is said to have my son Joe-Joe Brown Bell Lane produced by a Sperm Trait, said to be Switch in Crimes of Baby's By Jackie Sutton-Wilson, Diana Sutton, James Eteller, his wife Fenneteo Fecelley a Judge, and Metenney Goldman. Kaplana Judge is said to be one of the JFK Boy's. These are said to be Sex Offenders Crimes. When I reported the ILLEGAL MEDICAL DEVICES to Judge Hon. John P. Pappas and some other Judges they all wouldn't take the Illegal Medical Devices out! I had an Eye Operation at Children's Hospital when I was younger they said it was the Legal Population with a Communication device, They have me written in a book. I was told they could see through my Eyes from the Operation and from my Teeth. I had 3 Operations from 2 Hospitals, Brigham and Women's Hospital and Children Hospital both said to be faking blood tests, inside 1 big building that's connected to these crimes and they won't take the Illegal Medical devices out of my body! I need an attorney! The Internal Affairs Officer gave me a CD with 5 body cameras on it and told me I need an attorney!.....from 3 Boston Police officers and DCF Workers removing my minor child without paperwork! The 3 Boston Police Officers are said to be Nick Collins, Donald Trump's and A Commissioner's real son's said to be Sex Offenders.They retaliated from me reporting the crimes of my child from the Boston Schools incidents, with Jennifer McCarthy who has a husband that is said to be a Police Officer....They will not give me the 911 call...The DCF Social Worker Jazmin Mendes from The Park Street Office lied and The DCF Supervisor Evelynn Farrington Didn't read the Legal Report Card in Court, Judge Hardiman, Hon. Maura J allowed her to lie and they both took my child out of my Custody, it's said to be a contract Hit, From the Apartment!... Judge Hon. Jackie Cowin and these judges will not give me my legal transcripts from my court cases. Julie McCarthy threatened me in the apartment. The threat

was" YOU DON'T KNOW WHO MY FAMILY IS" said to be the Face Clowns People, from a Clown Organization that's connected to LLC,They are all said to be foreign people that look like Clowns. The retaliation Acts is also said to be from my nephew who served with the Army in Afghanistan on my breasts from the illegal Medical Devices that have been placed inside my body and removed my Breast Glands.  The C-11 Detective Jeffrey Callahan will not help me.... The Court Investigator Judith Heller did not investigate the Boston Schools or the Community Programs that me and my family were enrolled in... I asked Judge Coffee, from the Dorchester District Court, Mayor Marty Walsh, Mayor Wu and Elizabeth Warren to please help me and they all would not help me!.....Judge Griffin, Charlie Baker's mother (Thelma) and Bill Clinton's Son are also said to be connected to these crimes. I am a Christian mother, A Citizen born and raised in the City of Boston I am legal, A register Voter in the State of Massachusetts and I can not get a legal Advocate, A legal Attorney for my legal court cases against the Boston Police, The Boston Schools, The Hospitals and for the DCF workers all illegal and said to be retaliation Acts from me reporting these crimes and from this family's threat, these are Hate Crimes. They retaliated through the Animal Wellness Wagon on my child's dog and through the (MCAD) Discrimination Office with their people and threw my case.  I love my Family and these Clown People set me up!... Can you please help me report these Hate Crimes to the U.S. Army and other legal Law Enforcements. The threat and the Crimes are real and I need An Attorney! If you know of any legal Attorneys for my legal court cases, please give them my phone number (617)792-5810 Ms.Lane (Bug) These are real Hate Crimes said to be from some foreign Clown Face people from different countries, Indian People Pretending to be Spanish, some said to be Registered Sex Offenders under the age of 18 years old, that changed their names. The City of Boston is allowing them to do these crimes on the illegal Medical Devices. While illegally looking through our eyes! These Clown people are all said to be related by Family, by Marriage and are said to be kids of the Politicians.They are Harassing and Torturing me on these illegal Medical Devices that's inside my body and they will not take them out! Can you Please Help Me and report these Crimes! I really need A Attorney! And I Really Need Your Help!...................