UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUANITA LANE,<br><br>   Plaintiff,<br><br>  v.<br><br>CHARLES D. BAKER, et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 24-cv-11271-AK<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

**A. KELLEY, D.J.**

  Pursuant to the Court's Order of this date ordering the dismissal of this case, it is hereby ordered that this case be closed.

  **SO ORDERED.**

                   /s/ Angel Kelley
                   Hon. Angel Kelley
                   United States District Judge

Dated: September 6, 2024